AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 AUG 23 PM 4:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count 1: 8 USC section 1326, Illegal Re-Entry After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

DEFENDANT - U.S.
▶ NICANDRO LOPEZ ARRELLANO

DISTRICT COURT NUMBER
CR 07 0556 MMC

### PENALTY:

Count 1: 20 years imprisonment; $250,000.00 fine; 3 years supervised release; $100.00 special assessment; deportation

### DEFENDANT

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
DHS/ICE Deportation Officer Lopez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

IS IN CUSTODY
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed?  ☑ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    Month/Day/Year   1/17/2007

Or... if Arresting Agency & Warrant were not

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

DATE TRANSFERRED ▶
TO U.S. CUSTODY
Month/Day/Year

Name of Asst. U.S. Att'y (if assigned)    Allison Marston Danner

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
## VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

NICANDRO LOPEZ ARRELLANO

DEFENDANT.

---

# INDICTMENT

---

A true bill.

_____
Foreman

Filed in open court this 23rd day of
Aug. 2007

_____
KAREN L. HOM
Clerk

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

Bail, $ no prowl

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |

FILED

07 AUG 23 PM 4: 39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | VIOLATION: Title 8, United States Code Section 1326 – Illegal Reentry by an Alien After Deportation |
| v. | ) | |
| | ) | SAN FRANCISCO VENUE |
| NICANDRO LOPEZ ARRELLANO, | ) | |
| Defendant. | ) | |

MMC

**INDICTMENT**

The Grand Jury charges:

On or about March 15, 2007, the defendant,

NICANDRO LOPEZ ARRELLANO,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the

//

//

INDICTMENT

1  defendant for admission into the United States, in violation of Title 8, United States Code,
2  Section 1326.
3
4
5  DATED: August 23, 2007                    A TRUE BILL.
6
7                                            _____
                                              FOREPERSON
8
9  SCOTT N. SCHOOLS
   United States Attorney
10
11 _____
   GREGG LOWDER
12 Deputy Chief, Major Crimes Section
13
14 (Approved as to form: _____
                          AUSA DANNER
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                         2