| DOCUMENTS UNDER SEAL ☐ | | | | | DOCUMENT NUMBER: | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | | REPORTER/FTR FTR 9:42 to 9:46 | | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE August 24, 2007 | | | NEW CASE ☐ | CASE NUMBER CR07-0556 MMC | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Nicandro Lopez Arrellano | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Dank Blank | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Allison Danner | | INTERPRETER | | | FIN. AFFT ☒ SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐ OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR time 1 m | | ☐ PRELIM HRG time | | ☐ MOTION time | | ☐ JUGM'T & SENTG time | | ☐ STATUS time | |
| ☐ I.D. COUNSEL time | | ☒ ARRAIGNMENT time 3 m | | ☐ BOND SIGNING time | | ☐ IA REV PROB. or S/R time | | ☐ BAIL REVIEW time | |
| ☐ DETENTION HRG time | | ☐ ID/REMOVAL HRG time | | ☐ CHANGE PLEA time | | ☐ PROB. REVOC. time | | ☐ SUP REL HRG time | |

*FILED AUG 2 4 2007  INITIAL APPEARANCE*

**INITIAL APPEARANCE**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☐ NAME AS CHARGED TRUE NAME: IS TRUE NAME | | |

*RICHARD W. WIEKING  CLERK U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA*

**ARRAIGNMENT**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | | ☒ ARRAIGNED ON INDICTMENT | | ☒ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
| PROPERTY TO BE POSTED ☐ CASH   $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

**CONTINUANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TO: 08/28/07 | | ☐ I.D. COUNSEL | | ☐ BOND SIGNING | | ☐ STATUS RE: CONSENT | | ☐ STATUS/TRIALSET |
| AT: 9:30 AM | | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR | | ☐ CHANGE OF PLEA | | ☐ BAIL REVIEW |
| BEFORE HON. Judge Spero | | ☒ DETENTION HEARING | | ☐ ARRAIGN- MENT | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY/ REMOVAL | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP.REL. REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Dft is subject to an ICE Detainer. Dft is also ordered to appear on 9/5/7 at 2:30 PM before Judge Chesney for Status/Trial Setting. PTS will not need to do a records check and the AUSA shall advise the Court on Dft's record.

KLH, JCS, TL