UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: SEP 05 2007

E-Filing

Case No. CR-07-0556 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: NICANDRO LOPEZ-ARRELLANO

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Allison Danner

ATTORNEY FOR DEFENDANT: Daniel Blank

Deputy Clerk: TRACY LUCERO

Reporter: Sylvia Russo

PROCEEDINGS

REASON FOR HEARING: Initial Status / Trial Setting Conference

RESULT OF HEARING: Change of Plea - Held. Open Plea. Application to Enter guilty plea filed w/ Court.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 11/28/07 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

cc: Chamber file