UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: NOV 28 2007

Case No. CR-07-0556 MMC     JUDGE: Maxine M. Chesney

NICANDRO LOPEZ-ARRELLANO     Present ( ✓ ) Not Present ( ) In Custody ( ✓ )
DEFENDANT

ALLISON DANNER                DANIEL BLANK
U.S. ATTORNEY                 ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO    Reporter: CATHERINE EDWARDS

**PROCEEDINGS**

REASON FOR HEARING: Judgment & Sentencing - Held.

RESULT OF HEARING: Sentence - 57 months in custody, 3 years supervised release, ∆ is ordered to not reenter USA w/o permission. Submit to search, no weapons, $100 special assessment.

USPO - Jacqueline Sharpe

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____